**STATE of Missouri, Respondent,**

v.

**Donrico HOLMES, Appellant.**

**No. ED 102042**

Missouri Court of Appeals,
Eastern District,
*DIVISION THREE.*

Filed: January 26, 2016

Maleaner R. Harvey, 1010 Market St., Suite 1100, St. Louis, MO 63101, for Appellant.

Chris Koster, Attorney General, Karen L. Kramer, Asst. Atty. Gen., P.O. Box 899, Jefferson City, MO 65102, for Respondent.

Before Robert M. Clayton III, P.J., Lawrence E. Mooney, J., and James M. Dowd, J.

*ORDER*

PER CURIAM.

Donrico Holmes appeals the judgment entered upon a jury verdict convicting him of two counts of first-degree robbery, two counts of sexual abuse, two counts of attempted first-degree robbery, one count of attempted sexual abuse, one count of first-degree assault, and eight counts of armed criminal action. We find no error has occurred.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 30.25(b).